UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CITY OF BIRMINGHAM RETIREMENT & RELIEF SYSTEM, et al.,** }<br>}<br>Plaintiffs, }<br>}<br>v. }<br>}<br>**ZTO EXPRESS (CAYMAN), INC., et al.,** }<br>}<br>Defendants. } | Case No.: 2:17-CV-1091-RDP |

### ORDER OF REMAND

This matter is before the court on Plaintiff's Unopposed Motion to Lift Stay and Remand. (Doc. # 36).

This is a putative securities class action on behalf of persons who purchased or otherwise acquired the common stock of Defendant ZTO Express (Cayman) Inc. ("ZTO") pursuant and/or traceable to the Company's public offering of approximately $1.4 billion of American Depository Shares ("ADSs") of ZTO. Plaintiff seeks strict liability and negligence remedies under the Securities Act of 1933 (the "1933 Act"). (Doc. # 1-1 at 4). The claims asserted arise under §§11, 12(a)(2) and 15 of the 1933 Act. 15 U.S.C. §§77k, 77l(a)(2) and 77o. That is, Plaintiff's claims arise under federal securities law.

Defendants removed the case (Doc. # 1), and Plaintiffs moved to remand it back to state court. (Doc. # 15). In their opposition to remand, Defendants alternatively requested a stay pending the Supreme Court's decision in *Cyan, Inc. v. Beaver County Employees Retirement Fund*, 2016 WL 3538388 (U.S.), 4 *cert. granted.* 137 S. Ct. 2325 (2017). In *Cyan*, the Supreme Court granted a petition for a writ of certiorari on the following issue: Whether state courts lack subject matter jurisdiction over covered class actions that allege only 1933 Act claims. *Cyan*,

*Inc. v. Beaver Cty. Employees Ret. Fund*, 137 S. Ct. 2325 (2017). The court stayed this case to await the Supreme Court's guidance in *Cyan*. (Doc. # 35).

On March 20, 2018, the Supreme Court decided *Cyan*, holding that "SLUSA did nothing to strip state courts of their longstanding jurisdiction to adjudicate class actions alleging only 1933 Act violations. Neither did SLUSA authorize removing such suits from state to federal court." *Cyan, Inc. v. Beaver Cty. Employees Ret. Fund*, 138 S. Ct. 1061, 1078 (2018).

Therefore, Plaintiff's Unopposed Motion to Lift Stay and Remand (Doc. # 36) is **GRANTED**. The stay of this case is **LIFTED**. This case is **REMANDED** to the Circuit Court of Jefferson County, Alabama.

Costs are taxed as paid.

**DONE** and **ORDERED** this April 18, 2018.

                                                   _____
                                                   **R. DAVID PROCTOR**
                                                   UNITED STATES DISTRICT JUDGE